No. 39. JOHN F. CUBBINS, APPELLANT, v. MISSISSIPPI RIVER COMMISSION, ET AL. Appeal from the District Court of the United States for the Western District of Tennessee. April 24, 1916. Dismissed with costs, pursuant to the tenth rule. *Mr. Barnette E. Moses* for the appellant. *Mr. H. F. Roleson* for the appellees.

No. 24. Original. *Ex parte:* IN THE MATTER OF THE MOTION PICTURE PATENTS COMPANY, PETITIONER. April 24, 1916. Petition for writ of mandamus dismissed on motion of counsel for petitioner. *Mr. Melville Church* for the petitioner.

No. 379. JAMES F. THRIFT, COMPTROLLER OF THE CITY OF BALTIMORE, PLAINTIFF IN ERROR, v. PHILIP D. LAIRD. In error to the Court of Appeals of the State of Maryland. April 28, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Alexander Preston* and *Mr. S. S. Field* for the plaintiff in error. *Mr. W. Cabell Bruce* for the defendant in error.

No. 346. THE UNITED STATES OF AMERICA, APPELLANT, v. THE LAKE SHORE & MICHIGAN SOUTHERN RAILWAY COMPANY ET AL. Appeal from the District Court of the United States for the Southern District of Ohio. May 1, 1916. Dismissed on motion of *Mr. Solicitor General Davis* for the appellant. *The Attorney General* for the appellant. No appearance for the appellees.

No. 238. THE PENNSYLVANIA RAILROAD COMPANY, PLAINTIFF IN ERROR, v. KATE SETERA, AS ADMINISTRA-

TRIX, ETC. In error to the Supreme Court of the State of New York. May 1, 1916. Dismissed with costs, on motion of *Mr. Frederic D. McKenney* for the plaintiff in error. *Mr. Frederic D. McKenney* and *Mr. Harold J. Adams* for the plaintiff in error. No appearance for the defendant in error.

No. 771. A. S. DOWD, RECEIVER, ETC., ET AL., PLAINTIFFS IN ERROR, *v.* UNITED MINE WORKERS OF AMERICA ET AL. In error to the District Court of the United States for the Western District of Arkansas. May 2, 1916. Dismissed with costs on motion of *Mr. J. B. McDonough* for the plaintiffs in error. *Mr. James B. McDonough* for the plaintiffs in error. *Mr. George L. Grant* and *Mr. Henry Warrum* for the defendants in error.

No. 272. MARK CRAIG, PLAINTIFF IN ERROR, *v.* COMMONWEALTH OF KENTUCKY. In error to the Hardin County Quarterly Court, the State of Kentucky. Argued for defendant in error May 3, 1916. Decided May 3, 1916. Judgment reversed with costs and cause remanded for further proceedings upon confession of error by the defendant in error and motion of *Mr. Arthur H. Mann* for the defendant in error. *Mr. Hobson L. James* for the plaintiff in error. *Mr. Arthur H. Mann* for the defendant in error.

No. 377. PORTER LAWSON, PLAINTIFF IN ERROR, *v.* THE STATE OF LOUISIANA. In error to the Supreme Court of the State of Louisiana. May 4, 1916. Dismissed with costs, pursuant to the tenth rule. *Mr. Taliaferro Alexander* for the plaintiff in error. No appearance for the defendant in error.